UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13CR3480-BTM |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | |
| MARSAL MEDET (3), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment as to defendant Marsal Medet in the above entitled case be dismissed without prejudice, and the Arrest Warrant as to Marsal Medet be recalled.

IT IS SO ORDERED.

Dated: April 7, 2021

Honorable Barry Ted Moskowitz
United States District Court